# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | Case No. 18-CR-282 (TNM) |
| **JAMEKA BURNETTE,** | |
| **Defendant.** | |

## NOTICE OF WITHDRAWAL OF APPEARANCE BY ASSISTANT U.S. ATTORNEY

The United States of America, by and through its undersigned counsel, respectfully withdraws the appearance of Assistant United States Attorney Paul V. Courtney.

Respectfully submitted,

EDWARD R. MARTIN, JR.
UNITED STATES ATTORNEY
D.C. Bar No. 481866

Dated: February 6, 2025        By:    */s/ Paul V. Courtney*
Paul V. Courtney
D.C. Bar No. 1034252 / N.Y. Bar No. 5392337
Assistant United States Attorney
United States Attorney's Office for the
District of Columbia
601 D Street NW
Washington, D.C. 20530
(202) 252-1719
Paul.Courtney@usdoj.gov